**Chris B. SMITH, Petitioner—Appellant,**

v.

**Gene M. JOHNSON, Director;
Virginia, Commonwealth of,
Respondents—Appellees.**

No. 07–6415.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 18, 2007.

Chris B. Smith, pro se.

Before GREGORY and DUNCAN,
Circuit Judges, and WILKINS, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Chris B. Smith, a state prisoner, seeks
to appeal the district court's order denying
relief on his 28 U.S.C. § 2254 (2000) peti-
tion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that any as-
sessment of the constitutional claims by
the district court is debatable or wrong
and that any dispositive procedural ruling
by the district court is likewise debatable.

*Miller–El v. Cockrell*, 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel*, 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Smith has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*